IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH BELL, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-246-RP |
| CAL-MAINE FOODS, INC., et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motions to dismiss and dismissing Plaintiffs' claims without prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 9, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE